**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6345**

———————

LUTHER BASHAM,

                              Petitioner - Appellant,

         versus

STATE OF WEST VIRGINIA,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CA-98-189-2)

———————

Submitted:  April 12, 2001          Decided:  April 23, 2001

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Luther Basham, Appellant Pro Se.  Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luther Basham seeks to appeal the district court's order denying his motion for reconsideration of the denial of relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Basham v. State of West Virginia, No. CA-98-189-2 (S.D.W. Va. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2